**Greg KOCHANOWICZ, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (PA LIQUOR CONTROL BOARD), Respondents.**

Supreme Court of Pennsylvania.

Feb. 12, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 12th day of February, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Commonwealth Court is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Payes v. Workers' Compensation Appeal Board (State Police),* —— Pa. ——, 79 A.3d 543, 552 (2013) (holding that, because psychic injury cases are highly fact-sensitive, a reviewing court must give deference to the factfinding functions of the WCJ and limit review to determining whether the WCJ's findings of fact are supported by the evidence).

**COMMONWEALTH of Pennsylvania ex rel, Rodney McCLINTON, Appellant**

v.

**Jerome W. WALSH, Superintendent at S.C.I. Dallas, Mrs. Kimberly A. Barkley, Board Secretary, Mr. Edward M. Marsico, Jr., District Attorney of Dauphin, County, Appellees.**

Supreme Court of Pennsylvania.

Feb. 18, 2014.

***ORDER***

PER CURIAM.

**AND NOW,** this 18th day of February, 2014, the order of the Commonwealth Court is **AFFIRMED.**